UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KONG,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLVIN JUSTICE,<br><br>    Defendant. | Case No. 15-cv-02557-JST<br><br>**ORDER STRIKING DEFENDANT'S NOTICE**<br><br>Re: ECF No. 17 |

On August 3, 2015, Defendant Carlvin Justice filed Notice Pursuant to FRCP 8(b) and 13(e) Title 28 U.S.C. Section 132(a); Memorandum of Points & Authorities in Support. The Notice is stricken because the Court remanded this case and no longer has jurisdiction. See ECF No. 9.

**IT IS SO ORDERED.**

Dated: August 6, 2015

_____
JON S. TIGAR
United States District Judge