UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLVIN JUSTICE,<br><br>　　　　Defendant. | Case No. 15-cv-02557-JST<br><br>**ORDER STRIKING DEFENDANT'S NOTICE**<br><br>Re: ECF No. 19 |

On August 5, 2015, Defendant Carlvin Justice filed his Notice of Nunc Pro Tunc and Objection. See ECF No. 19. Defendant's Notice is stricken because the Court remanded this case and no longer has jurisdiction. See ECF No. 9.

**IT IS SO ORDERED.**

Dated: August 7, 2015

_____
JON S. TIGAR
United States District Judge