UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH KONG,

    Plaintiff,

v.

CARLVIN JUSTICE,

    Defendant.

Case No. 15-cv-02557-JST

**ORDER STRIKING DEFENDANT'S NOTICE**

Re: ECF Nos. 21, 22

On August 5, 2015, Defendant Carlvin Justice filed an Ex-parte Objection to Clerk of Court to Reassign Case with Recommendation for Remand Title 18 U.S.C. Section 1964(a). See ECF No. 21. On August 7, 2015, Defendant also filed his Re-notice to Designate a New Jurist. See ECF No. 22. Defendant's Notices are stricken because the Court remanded this case and no longer has jurisdiction. See ECF No. 9. The Clerk shall not accept any further filings in this closed case.

**IT IS SO ORDERED.**

Dated: August 12, 2015

                                                   JON S. TIGAR
                                              United States District Judge